```
                                              FILED
                                           OCT 0 7 2005
                                         RICHARD W. WIEKING
                                       CLERK, U.S. DISTRICT COURT
                                      NORTHERN DISTRICT OF CALIFORNIA
                                               OAKLAND
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>KEVIN RUSSELL EATON,          )<br>            Defendant.        )<br>                              )<br>                              )<br>_____) | Nos. CR 01-40167 DLJ<br>     CR 05-00633 DLJ<br><br>[~~PROPOSED~~] ORDER RELEASING<br>DEFENDANT KEVIN RUSSELL<br>EATON FROM CUSTODY |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that defendant Kevin Russell Eaton, who is currently being housed at Glen Dyer Jail, 550 6th Street, Oakland, CA 94607, Alameda County, and whose Federal Registration Number is 95680-011 and date of birth is 5/25/70, be released immediately from the custody of the United States Marshal Service. Upon his release, Mr. Eaton shall contact United States Probation Officer Richard Brown by no later than Tuesday, October 11, 2005.

IT IS FURTHER ORDERED that Mr. Eaton is to self-surrender to the federal facility to which he is designated to serve his sentence on the date and time as ordered by the Court.

SO ORDERED.

Date: October 7, 2005

_____
D. LOWELL JENSEN
United States District Judge

RELEASE ORDER

*[handwritten left margin: CC TO COUNSEL, PROBATION & AU USMS]*